IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

STEVEN C. WEAVER, and
PAMELA J. BASSETT-WEAVER,

       Plaintiff,

v.

DAVID JAMES MEEK, RICHELLE
MARIE MEEK, UNITED STATES OF
AMERICA, acting through the
DEPARTMENT OF THE TREASURY,
INTERNAL REVENUE SERVICE, and
ALL OTHER PERSONS who claim as
heirs, devisees, creditors, or otherwise under
said defendants, and ALL UNKNOWN
PERSONS who claim any interest in the
subject matter of this action,

       Defendants.

Civil Action No. 1:13-cv-1142-RBJ

(Removed from District Court for Alamosa
County, Colorado)

UNITED STATES OF AMERICA,

       Counterclaim Plaintiff,

v.

STEVEN C. WEAVER, and
PAMELA J. BASSETT-WEAVER

       Counterclaim Defendants

## ORDER OF DISMISSAL

Having read and considered the Joint Stipulation for Dismissal filed by Defendant the United

States of America (the "United States") and Plaintiffs Steven C. Weaver and Pamela J. Bassett-Weaver,

and for good cause shown:

IT IS HEREBY ORDERED that the United States' counterclaims against Plaintiffs are

DISMISSED, and that the United States is DISMISSED from this lawsuit with prejudice under Fed. R.

Civ. P. 21 and 41(a)(2), with each of the affected parties to bear its own costs and fees; and

IT IS FURTHER ORDERED that the United States is DROPPED as a named party to this action,

and the case caption is amended accordingly.

Dated: September 6th, 2013

BY THE COURT:

_____

United States District Judge