**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-1142-RBJ

(Removed from the District Court,
Alamosa County, Colorado)

STEVEN C. WEAVER, and
PAMELA J. BASSETT-WEAVER,

     Plaintiffs,

v.

DAVID JAMES MEEK, RICHELLE
MARIE MEEK, and ALL OTHER
PERSONS who claim as heirs,
devisees, creditors, or otherwise under
said defendants, and ALL UNKNOWN
PERSONS who claim any interest in the
subject matter of this action,

     Defendants.

---

## ORDER

---

     **THIS MATTER** comes before the Court on Plaintiffs' referenced Motion, and this

Court, after having had the opportunity to review this pleading, its file in this matter, and

being otherwise fully advised in the premises, hereby:

     **ORDERS** that this case be remanded to the District Court for Alamosa County,

Colorado, for continuation of quiet title proceedings earlier initiated in that court. The

Clerk shall send a copy of this Order and the Docket in this case to the Clerk of the

District Court for Alamosa County, Colorado.

Dated this 10th day of February, 2014.


BY THE COURT:

_____
R. BROOKE JACKSON
UNITED STATES DISTRICT JUDGE
DISTRICT OF COLORADO